ASHLEY E. BAUERLE
CA Bar No. 271119
E-Mail: abauerle@cozen.com
BARRETT KIERNAN
CA Bar No. 157001
E-Mail: bkiernan@cozen.com
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: 619.234.1700
Facsimile: 619.234.7831

Attorneys for Plaintiffs
AGCS MARINE INSURANCE COMPANY and
STARR INDEMNITY & LIABILITY
COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY and STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPER MICRO COMPUTER, INC.; TRUMP CARD HOLDINGS, LLC.; BAY RIDERZ TRUCKING INC.; and DOES 1 through 50,<br><br>Defendants. | Case No.: 3:26-cv-03636-W-DEB<br><br>**PLAINTIFFS AGCS MARINE INSURANCE COMPANY AND STARR INDEMNITY & LIABILITY COMPANY'S NOTICE OF PARTIES WITH FINANCIAL INTEREST PER CIVIL LOCAL RULE 40.2** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rule 40.2, the undersigned, counsel of record for Plaintiffs, AGCS Marine Insurance Company and Starr Indemnity & Liability Company ("Plaintiffs") certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.     Plaintiff, AGCS Marine Insurance Company

AGCS Marine Insurance Company is an Illinois corporation. Allianz Global Risks US Insurance Company is the parent corporation for AGCS Marine Insurance Company and owns 100% of its stock. Allianz of America, Inc. is the parent corporation for Allianz Global Risks US Insurance Company and owns 100% of its stock. Allianz

1

COZEN O'CONNOR
501 WEST BROADWAY, SUITE 1610
SAN DIEGO, CA 92101

SE, a publicly traded company, owns 100% of the Allianz of America, Inc. stock. Thus, Allianz SE indirectly owns 10% or more of AGCS Marine Insurance Company stock.

2.    Plaintiff, Starr Indemnity & Liability Company

Starr Global Financial, Inc. owns 100% of Starr Indemnity & Liability Company. 100% of the common shares of Starr Global Financial, Inc. are owned by Starr Insurance Holdings, Inc., which is 100% owned by Starr Global Holdings, AG. Starr Global Holdings, AG is 100% owned by Starr International Company, Inc.  No publicly held corporation owns more than ten percent of any Starr entity stock.

3.    Plaintiffs' insured, Qualcomm, Inc.

4.    Defendant, Super Micro Computer, Inc.

5.    Defendant, Bay Riderz Trucking, Inc.

6.    Defendant, Trump Card Holdings, LLC

7.    Imperative Logistics Group LLC

There are no other corporations, unincorporated associations, partnerships, or other business entities not a party in this case that may have a financial interest in the outcome of the above captioned matter. Trump Card will promptly file an amended certification if any additional interested parties are identified, or if any material change occurs in the status of these interested parties.

Dated:  June 26, 2026                              COZEN O'CONNOR

By: _Ashley E Bal_____
ASHLEY E. BAUERLE
BARRETT KIERNAN

Attorneys for Plaintiffs
AGCS MARINE INSURANCE COMPANY
AND STARR INDEMNITY & LIABILITY
COMPANY

LEGAL\116324666\1

COZEN O'CONNOR
501 WEST BROADWAY, SUITE 1610
SAN DIEGO, CA 92101

2

PLAINTIFFS' NOTICE OF PARTIES WITH FINANCIAL INTEREST